UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Antonio Jones</u>

v.

<u>Esker L. Tatum, Jr.</u>

Civil No. 15-cv-00083-PB

<u>O R D E R</u>

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 10, 2015.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (quoting <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

  /s/ Paul Barbadoro
Paul Barbadoro
United States District Judge

Date: January 22, 2016
 cc:  Antonio Jones, pro se
      Seth Aframe, Esq.